George W. Chaplin, Appellant, v. The State of New York Respondent.

(Argued April 25, 1889; decided June 4, 1889.)

Appeal from an award of the Board of Claims made June 25, 1885.

*G. W. Bowen* for appellant.

*Charles F. Tabor*, attorney-general, for respondent.

Agree to affirm; no opinion.
All concur.
Award affirmed.